IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| OTTOWAY MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 03-1025 BP |
| ) | |
| PRISON REALTY TRUST, et al., ) | |
| ) | |
| Defendants ) | |

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

Before the court is the parties' joint motion to modify the scheduling order, filed April 14, 2005. On April 22, 2005, the court held a telephonic hearing on the motion. Counsel for all parties were present and heard. For good cause shown, the motion is GRANTED. The scheduling order is hereby amended as follows:

| | |
|---|---|
| Close of discovery: | by July 11, 2005 |
| Dispositive motions: | due July 22, 2005 |
| Response: | due August 15, 2005 |
| Reply: | due August 26, 2005 |

-1-



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-25-05

All other dates, including the trial date, shall remain the same.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

4/22/05
_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:03-CV-01025 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Terry Williams
LAW OFFICES OF TERRY WILLIAMS
206 S. Third
Delavan, WI 53115

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT